**Robert W. St. Clair**
**Texas Bar No. 18985300**
**Fargason, Booth, St. Clair,**
 **Richards & Wilkins, L.L.P.**
**P.O. Box 5950**
**Lubbock, Texas 79408-5950**
**Telephone: (806) 744-1100**
**Facsimile:(806) 744-1170**
**Email: rstclair@lbklawyers.com**
**ATTORNEYS FOR KENT RIES, CHAPTER 7 TRUSTEE**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **Le-Mar Holdings, Inc., et al.1,** | § | **Case No. 17-50234-RLJ** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

| | | |
|---|---|---|
| **Kent Ries, as Chapter 7 Trustee of** | § | |
| **Le-Mar Holdings, Inc. and** | § | **Adversary No. 20-05006-RLJ** |
| **Edwards Mail Service, Inc.,** | § | **Hearing date:  October 28, 2020** |
| **Plaintiff,** | § | **Hearing time:  1:30 p.m.** |
| | § | **Hearing place: 1205 Texas Ave.** |
| **v.** | § | **Room 314** |
| | § | **Lubbock, TX 79401** |
| **Fast Advance Funding, LLC,** | § | |
| **Defendant.** | § | |

## NOTICE OF HEARING ON PLAINTIFF'S
## MOTION FOR DEFAULT JUDGMENT

You are hereby notified that a hearing regarding *Motion for Default Judgment* filed

on September 21, 2020 [Doc. No. 15] is to be held on October 28, 2020  at 1:30 p.m. in the

U.S. Bankruptcy Court at 1205 Texas Avenue, Bankruptcy Courtroom of Judge Robert L.

---

1    The Debtors in these chapter 11 cases are: Le-Mar Holdings, Inc. (Case No. 17-50234-RLJ), Edwards Mail
     Service, Inc. (Case No. 17-50235-RLJ), and Taurean East, LLC (Case No. 17-50236-RLJ).

Jones, Room 314, Lubbock, Texas 79401.

Respectfully submitted,

FARGASON, BOOTH, ST. CLAIR,
RICHARDS & WILKINS, LLP
4716 4th Street, Suite 200 (79416)
P.O. Box 5950
Lubbock, Texas 79408-5950
Telephone: (806) 744-1100
Facsimile: (806) 744-1170
Email: rstclair@lbklawyers.com

By: */s/ Robert W. St. Clair*
    Robert W. St. Clair, P.C.
    Texas Bar No. 18985300

Attorneys for Plaintiff Kent Ries,
  Chapter 7 Trustee

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 21st day of September, 2020, a true and correct copy of the above and foregoing Notice was sent electronically or mailed via regular mail in the United States mail, postage prepaid, to the parties listed below.

*/s/ Robert W. St. Clair*
Robert W. St. Clair

Defendant at last known addresses:

Fast Advance Funding LLC
ATTN: Joseph ("Joe") Cole, CFO
205 Arch Street, Floor 2
Philadelphia, Pennsylvania 19106

Fast Advance Funding LLC
c/o Lisa Marie McElhone, Executive Officer
107 Quayside Drive
Jupiter, Florida 33477

Fast Advance Funding LLC
20 N. 3rd Street
Philadelphia, Pennsylvania 19102

Fast Advance Funding LLC
141 N. 2nd Street
Philadelphia, Pennsylvania 19106